UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO PRATT,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | No. 1:21-cv-00180-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. Nos. 6, 10) |

Plaintiff Santiago Pratt is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 363(b)(1)(B) and Local Rule 302.

On March 12, 2021, the assigned magistrate judge ordered plaintiff to submit an application to proceed *in forma pauperis* ("IFP") or to pay the required filing fee to proceed with this action. (Doc. No. 5.) Plaintiff then filed an application to proceed IFP, indicating that he had no money, assets, or employment. (Doc. No. 6.) However, the CDCR certified account statement submitted by plaintiff indicated that he had $9,849.47 in his inmate trust account as of December 9, 2020. (Doc. No. 2.) The magistrate judge accordingly ordered plaintiff to show cause, within twenty-one (21) days, as to why his motion to proceed IFP should not be denied or to pay the filing fee in full. (Doc. No. 7.) Plaintiff was cautioned that failure to comply with that order would result in a recommendation that this action be dismissed. (*Id.*)

1

| | |
|---|---|
| 1 | Plaintiff did not respond to the order show cause. Accordingly, on May 3, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with a court order and failure to play the required filing fee. (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id.*) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed. |

Plaintiff did not respond to the order show cause. Accordingly, on May 3, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to comply with a court order and failure to play the required filing fee. (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id.*) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 3, 2021 (Doc. No. 10) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey court orders and failure to pay the required filing fee; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 27, 2021**

_____
UNITED STATES DISTRICT JUDGE